AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

VIRGINIA KIRKPATRICK,  )
    Plaintiff,  )
   )
v.  )
   )
   )  **JUDGMENT**
CAROLYN W. COLVIN,  )  **CASE NO. 5:12-CV-263-D**
*Acting Commissioner of Social Security*,  )
    Defendant.  )

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court GRANTS Plaintiff's Motion for Judgment on the Pleadings [D.E. 24], DENIES the Commissioner's Motion for Judgment on the Pleadings [D.E. 25], and REMANDS the case for reconsideration under sentence six of 42 U.S.C. § 405(g). On remand, the Commissioner shall consider Kirkpatrick's July 2012 successful disability application.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MAY 6, 2013,** WITH A COPY TO:

Rachel C. Lane (via CM/ECF electronic notification)
Jamie D.C. Dixon (via CM/ECF electronic notification)

|  |  |
|---|---|
| May 6, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
|  | /s/Debby Sawyer |
|  | (By) Deputy Clerk |
| Raleigh, North Carolina |  |